IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                       Case No. 2:11-CV-02130

JAMES A. HALE                                                                             DEFENDANT

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment, the Court GRANTS Plaintiff's Motion for Summary Judgment (Doc. 5). It is hereby ORDERED AND ADJUDGED that Plaintiff United States of America shall have and recover judgment in the total amount of $146,165.86, which consists of the principal amount of $71,867.36 plus interest of $73,928.50 through the date of this Judgment, a $350.00 filing fee and a $20.00 docket fee. The Judgment shall bear interest at the prevailing legal rate of 0.20% per annum from the date of entry of this Judgment until paid. *See* 28 U.S.C. § 1961.

IT IS SO ORDERED this 26th day of March, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE